# United States District Court
## Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. | CR09-414 SH |
| Defendant  Sudhir Kumar Pagadala | | |
| akas: | | |

### JUDGMENT IN A CRIMINAL CASE

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| May | 04 | 2009 |

**COUNSEL** [x] WITH COUNSEL   Jennifer Uyeda - DFPD
(Name of Counsel)

**PLEA** [x] GUILTY, and the Court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 U.S.C. § 1028 (a)(4) Unlawful Possession of Identification Document

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

Defendant is sentenced to TIME SERVED.

Defendant shall pay to the United States a special assessment of $25.00, which is due immediately.

5/5/09
Date

_____
U.S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Terry Nafisi, Clerk

5/5/09
Filed Date

_____
Deputy Clerk

1062

USA vs. Sudhir Kumar Pagadala     Docket No: CR09-414 SH

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
   at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____     By: _____
Date                            Deputy Marshal